IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

YANG YOU YI, et al.,  : CIVIL ACTION NO. 1:CV-93-1702
          Petitioners  :
                       :
          v.           :
                       :
JANET RENO, et al.,    :
                       :
          Respondents  :

FILED
HARRISBURG, PA
NOV 24 1993
LANCE S. WILSON, CLERK
PER _____
      DEPUTY CLERK

<u>O R D E R</u>

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT**:

(1) Petitioner's motion for a temporary restraining order and other interim relief is **GRANTED**.

(2) The following class is conditionally certified:

> All nationals of the People's Republic of China (1) who are now or during the pendency of this action come to be confined within the Middle District of Pennsylvania; (2) who have applied for and not abandoned a claim for withholding of deportation from and/or asylum in the United States, in whole or in part because they have a clear probability (for withholding of deportation) or well-founded fear (for asylum) of persecution on account of coerced population control policies of the People's Republic of China; (3) who have received an adverse determination of their claims from the INS; (4) who have exhausted their administrative remedies with respect to such claim; and (5) who have not voluntarily chosen to return to their country of origin.

AO 72A
(Rev. 8/82)

(3) Respondents shall not deport or transport any members of the above class out of the United States before December 10, 1993.

(4) This order shall take effect upon the posting of $1.00 security with the clerk of court.

*[signature]*
SYLVIA H. RAMBO, Chief Judge
Middle District of Pennsylvania

Dated: November 24, 1993.

Frances P. Rayer, Esq.
PEPPER, HAMILTON & SHEETZ
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA  19103

Anthony B. Haller, Esq.
PEPPER, HAMILTON & SHEETZ
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA  19103

David H. Weinstein, Esq.
Kohn, Savett, Klein & Graf
2400 One Reading Center
1101 Market St.
Philadelphia, PA  19107

Paul Cokely Jr., Esq.
RR 2
Box 1760 B
Lebanon, PA  17046

Kevin M. Donovan, Esq.
Morgan, Lewis & Bockius
2000 One Logan Square
Philadelphia, PA  19103

John M. Ogden, Esq.
119 East Market St.
York, PA  17401

*David Weinstein*
*Contact person*

```
cc:
Judge                      (4)
Magistrate Judge           ( )
U.S. Marshal               ( )
Probation                  ( )
U.S. Attorney              ( )
Atty. for Deft.            ( )   All Judges
Defendant                  ( )
Warden                     ( )
Bureau of Prisons          ( )
Ct Reporter                ( )
Ctroom Deputy              ( )
Orig-Security              ( )
Federal Public Defender    ( )
Summons Issued             ( )   with N/C attached to complt. and served by:
                                 U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5        ( )
Order to Show Cause        ( )   with Petition attached & mailed certified mail
                                 to:  US Atty Gen    ( )   PA Atty Gen   ( )
                                      DA of County   ( )   Respondents   ( )
Other_____      ( )
```

LANCE S. WILSON, Clerk

DATE: __11/24/93__   BY: _____
                          Deputy Clerk