# ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**YANG YOU YI,** *et al.*,  : CIVIL NO.1:CV-93-1702

    **Petitioners**  :

    v.  :

**JOHN ASHCROFT,** *et al.*,  :

    **Respondents**  :



FILED
OCT 25 2002
PER _____
HARRISBURG, PA  DEPUTY CLERK

## ORDER

On October 24, 2002, this court held a status conference in the captioned matter. Counsel for Petitioners and Respondents have apprised the court that the following individuals have either had their petitions for a writ of habeas corpus dismissed by this court, or asylum was granted by the United States Department of Justice and their cases were terminated:

    1) Guang Feng Li, A72 761 960;

    2) Chu Su Chen, A72 761 952;

    3) Xin Fei Zhang, A72 761 955;

    4) Tong Wai Zhang, A72 762 143;

    5) Zhao Shan Zhao, A72 762 021;

    6) Shi J. Zheng, A72 762 017;

    7) Lian Bing Zheng, A72 762 068; and

    8) Xiang Nmu Gao, A72 762 028.

Additionally, counsel for both Petitioners and Respondents have indicated that the remaining Petitioners, have either failed to fully prosecute their cases, or their cases are currently pending before either an immigration court or the Board of Immigration Appeals ("BIA") and, consequently, any future appeals would

be to the Third Circuit Court of Appeals.[1]  Accordingly, the following Petitioners are **DISMISSED** from this action:

    1) Gui Lin Cheng, A72 761 994 (case pending before immigration court);

    2) Xue Can Zou, A72 762 062 (appeal pending before the BIA);

    3) Guo Cheng Lin, A72 762 161 (failure to prosecute);

    4) Ye Song, A72 762 438 (failure to prosecute);

    5) Bi Sheng Liu, A72 762 061 (failure to prosecute);

    6) Yong Qui Chi, A72 762 039 (appeal pending before the BIA); and

    7) Mei Xi Chen, A72 762 024 (appeal pending before BIA).

In light of the foregoing, **IT IS HEREBY ORDERED THAT** this case is **CLOSED** and the clerk of court shall close the file.  Counsel shall have until November 11, 2002, to notify the court of any error in this order before it becomes final.

                                    SYLVIA H. RAMBO
                                    United States District Judge

Dated: October 25, 2002.

---

[1] Each of the Petitioners whose cases are currently before an immigration judge or the BIA has had their case administratively reopened.  Thus, they are subject to the immigration laws as they now stand, rather than as they were at the time of their initial proceedings.  Under current immigration law, any appeal from a final order of removal is to be heard by the Court of Appeals. 8 U.S.C. § 1252(b).  Consequently, any future appeals by these individuals can only be brought in the Third Circuit Court of Appeals, and not this court.